STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920
    Facsimile: (213) 894-7819
    E-mail: david.pinchas@usdoj.gov

JS-6

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES BUIE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 14-00631 GW (KK)<br><br>ORDER AND JUDGMENT DISMISSING ACTION |

    Pursuant to the parties' Stipulation for Compromise Settlement and Release of all claims, and good cause appearing, Plaintiff's Complaint and action are hereby DISMISSED WITH PREJUDICE, each party to bear his or its respective fees, costs and expenses.

    IT IS SO RECOMMENDED:

Dated: December 16, 2014

_____
United States Magistrate Judge

    IT IS SO ORDERED AND ADJUDGED:

Dated: December 17, 2014

_____
United States District Judge